IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER KYLE PRATER,

      Plaintiff,                         No. CIV S-07-1242 FCD EFB P

    vs.

M. C. KRAMER, et al.,

      Defendants.                FINDINGS AND RECOMMENDATIONS

                               /

       Plaintiff is a state prisoner proceeding without counsel in a civil rights action. *See* 42 U.S.C. 1983.

       On July 17, 2007, the court dismissed plaintiff's claims against defendants M. C. Kramer, B. C. Adams, D. W. Nelson or N. D. Norris pursuant to 28 U.S.C. § 1915A, with leave to amend. The court informed plaintiff he could proceed against defendant K. J. Anderson by submitting materials for service, whereupon the court would recommend dismissal of his claims against defendants M. C. Kramer, B. C. Adams, D. W. Nelson and N. D. Norris without leave to amend.

       On July 31, 2007, plaintiff submitted materials for service of defendant K. J. Anderson.

       The court finds plaintiff has consented to dismissal of claims against defendants M. C. Kramer, B. C. Adams, D. W. Nelson and N. D. Norris without leave to amend.

////

1

1 Accordingly, it is hereby recommended that claims against defendants M. C. Kramer, B. C. Adams, D. W. Nelson and N. D. Norris be dismissed for failure to state a claim upon which relief could be granted.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 21, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2