IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER KYLE PRATER,

      Plaintiff,                        No. CIV S-07-1242 FCD EFB P

      vs.

M. C. KRAMER, et al.,

      Defendants.            ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants request an extension of time to file and serve a response to the complaint. *See* Fed. R. Civ. P. 6(b).

      Defendants' October 19, 2007, request is granted and defendants have 30 days from the date this order is served to file and serve a response to the complaint.

      So ordered.

Dated: October 22, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE