IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER KYLE PRATER,

        Plaintiff,                    No. CIV S-07-1242 FCD EFB P

    vs.

M. C. KRAMER, et al.,

        Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 12, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days from the date the findings and recommendations were served. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

1  file, the court finds the findings and recommendations to be supported by the record and by
2  proper analysis.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1. The findings and recommendations filed August 12, 2008, are adopted in full;
5          2. Defendant's November 21, 2007, motion to dismiss pursuant to Rule 12(b)(6)
6  is construed as a motion for summary judgment and, thus construed, is granted; and,
7          3. The Clerk is directed to close the case.
8    So ordered.
9  DATED: September 24, 2008.

                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE